■ GENERAL ELECTRIC CAPITAL BUSINESS ASSET FUNDING COR-PORATION OF CONNECTICUT et al., Respondents, v KAZI FAMILY LLC et al., Defendants, and ZUBAIR KAZI, Appellant. [2 NYS3d 893]—

Order, Supreme Court, New York County (Melvin L. Schweitzer, J.), entered October 11, 2013, which denied defendant Zubair Kazi's (defendant) motion for, among other things, an evidentiary hearing to determine whether payments made by and/or on behalf of defendant and/or certain debtors were applied by plaintiffs to satisfy a judgment against defendant and to determine the amount of any overpayment of the judgment, unanimously affirmed, with costs.

The motion court properly denied defendant's motion to the extent he sought a hearing regarding his alleged overpayment of a judgment against him. Defendant has not provided competent evidence to support his conclusory allegation that he overpaid the judgment (see Susi Contr. Co. v Hartford Acc. & Indem. Co., 172 AD2d 255, 256 [1st Dept 1991], appeal dismissed and lv denied 78 NY2d 984 [1991]). Concur—Mazzarelli, J.P., Sweeny, Renwick, Feinman and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, v WILFREDO HERNANDEZ, Appellant. [3 NYS3d 573]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Michael J. Obus, J.), rendered on or about January 19, 2012, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Mazzarelli, J.P., Sweeny, Renwick, Feinman and Kapnick, JJ.